**Order entered November 29, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00169-CR
### No. 05-17-00170-CR

**MANUEL FINO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F16-30419-Y

## ORDER

Before the Court is appellant's November 20, 2017 third motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before December 11, 2017. No further extensions will be granted. If appellant's brief is not filed by December 11, 2017, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/    ADA BROWN
       JUSTICE